# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLES "WES" DRURY** | * | **CIVIL ACTION NO. No. 14-1655 "A"** |
| **Plaintiff** | * | **JUDGE** |
| **Versus** | * | |
| **WALMART STORES, INC.** | * | **MAGISTRATE** |
| **Defendant** | * | |

*************************************************************************

## INTERROGATORIES PROPOUNDED ON DEFENDANT, WALMART STORES, INC.

**TO:**  **WALMART STORES, INC.**
Through their counsel of record:
Roy C. Beard
McCranie, Sistrunk, Anzelmo, Hardy, McDaniel & Welch L.L.C.
909 Poydras Street, Suite 1000
New Orleans, LA 70112

Plaintiff, Charles "Wes" Drury, through undersigned counsel, propounds the following Interrogatories on defendant, Walmart Stores, Inc., to be answered under oath in accordance with and within the time delays allowed by the Louisiana Code of Civil Procedure.

These discovery requests pertain to an accident, which occurred on or about November 15, 2013 on the pedestrian sidewalk fronting the Garden Center of Store Number 1342, municipal address 300 West Esplanade Avenue, Kenner, Louisiana, 70065. They are deemed continuing in nature and are to be supplemented, as additional information becomes known at any time prior to trial.

**INTERROGATORY NO. 1:**

Please state the identity the person or persons responding to these Interrogatories and accompanying Requests for Production of Documents.

**INTERROGATORY NO. 2:**

Please advise the petitioner of the proper party defendant in question. If some other entity is the proper party defendant, please identify.

**INTERROGATORY NO. 3:**

State the following with regard to any and all policies of insurance (both primary and excess) which were in full force and effect at the time of the accident sued upon herein, purporting to insure Walmart Stores, Inc. against risks and liabilities asserted by the petitioner herein:

    a. The name of the insurance company or companies issuing said policy or policies;

    b. The limits of coverage of each such policy or policies;

    c. The effective dates of each such policy;

    d. The nature of any exclusions which may be relevant to this accident;

    e. All policy numbers.

**INTERROGATORY NO. 4:**

With reference to any and all investigations conducted by you or anyone on your behalf concerning the accident that is the subject of this lawsuit, please state:

    1. The identity of each person making said investigation or participating in any way therein;

    2. The date and place of each investigation or portion thereof;

3. Whether any reports of any such investigation(s) were prepared;

4. The identity of each known custodian of each known copy of each report identified above.

**INTERROGATORY NO. 5:**

Please describe in detail how you contend the accident occurred. Furthermore, if you contend that the petitioner or any other person acted in such a manner as to cause or contribute to the petitioner's accident and/or injuries, give a concise statement of the facts upon which you rely.

**INTERROGATORY NO. 6:**

Has anyone on behalf of Walmart Stores, Inc. ever made or given a statement, either orally or in writing, to anyone regarding the accident? If your answer to this Interrogatory is in the affirmative, please state:

a) The names and addresses of the person to whom you or your agent(s) made or gave each such statement;

b) The date of each such statement;

c) The form of each such statement, whether oral, written, stenographic, transcription or otherwise;

d) The name and address of each person now having possession or custody of each statement;

e) The substance and content of each such statement.

**INTERROGATORY NO. 7:**

Did you or any agent or employee of yours ever take or receive any statement, either orally or in writing, from any person, including the petitioner, who had any information or

knowledge relating to the accident? If your answer to this Interrogatory is in the affirmative, please state:

    a)      His or her identification, including name and address;

    b)      The date of each such statement;

    c)      The substance of each such statement; and

    d)      If such statement was in writing, either attach a copy to your answers, or indicate where and when such statement may be examined by counsel.

**INTERROGATORY NO. 8:**

For each person, other than doctors or expert witnesses, who has or claims to have knowledge of facts pertaining to any issue in this lawsuit, please provide the full name and address, present employer, whether such person was an eye-witness to the accident, and the substance of the knowledge claimed by each such individual.

**INTERROGATORY NO. 9:**

Please identify all of your employees who were on duty in the Garden Center at the time of the plaintiff's accident, their positions, their job responsibilities, and whether they are still in the employ of Walmart Stores, Inc.

**INTERROGATORY NO. 10:**

For each expert witness or medical provider who has or claims to have knowledge of facts pertaining to any issue in this lawsuit, or fur each person in your employment or agent of yours who you consider to be an expert witness, please provide the following:

    a)      Name, address and job classification;

    b)      Employer or associates if not self-employed;

    c)      Field of competency;

    d)    Educational background, including schools, degrees, and years received;

    e)    Occupational experience, including employers, types of work, and duties;

    f)    Other significant qualifications;

    g)    Whether written reports were prepared, and if so, the date of each such report; and

    h)    The substance of his or her testimony.

**INTERROGATORY NO. 11:**

Please identify and describe any and all accident reports and investigation reports concerning this accident, regardless of whether you are in possession of said reports. Please also identify each known custodian of each known copy of each report. Included in this request are any and all sketches, diagrams, drawings, surveys, plans and blueprints that are made part of or were used in the preparation of all identified reports.

**INTERROGATORY NO. 12:**

Does Walmart Stores, Inc. have any photographs, videotapes, motion pictures, slides, films, or any other documentary evidence depicting the accident scene, plaintiff, any warnings or precautions on display in the area where the plaintiff fell, or any other matter relevant to this lawsuit? If so, please state the number of photographs and slides, the temporal length of the motion pictures and/or video tapes, and films, the type and character of any other documentary evidence, the identity of the present custodian of the negatives, originals, prints and all copies of such documentary evidence.

**INTERROGATORY NO. 13:**

Please describe the system in place for draining/removing condensation, water runoff from the watering systems in the Garden Center, standing water or any other water-related

conditions (like algae, mold, or mildew accumulation) from the surface of the pedestrian sidewalk fronting the Garden Center.

**INTERROGATORY NO. 14:**

Please identify all store employees responsible for maintaining the sidewalks of the premises in question at the time of the petitioner's fall. If this responsibility was the duty of an off-site provider, please identify that provider and the individual employees responsible for maintaining the sidewalks in question.

**INTERROGATORY NO. 15:**

Were there any caution signs, cones or other warnings on display at the time of the accident in question and in the area of the accident in question? If so, please describe each, identify the location of each, identify who placed each, and identify how long each was in place before the accident. Please also identify any and all signs, if any, that were placed in the three-hour period following the accident, including the same information for each as request above.

**INTERROGATORY NO. 16:**

Please describe any and all surveillance by Walmart Stores, Inc. or anyone acting on its behalf or at its direction regarding the plaintiff, identifying when such surveillance was taken, by whom it was conducted, and whether or not any reports, photographs, notes, films, videotapes, or any other documents exist concerning said surveillance activities.

**INTERROGATORY NO. 17:**

Please describe any and all safety procedures, if any, that were in place for identifying and/or discovering dangerous and/or hazardous conditions on the pedestrian sidewalks that front the Garden Center. The plaintiff is interested in all safety measures in place, but places

particular emphasis on all measures taken with regards to algae, mold, or mildew build up on the sidewalk surfaces. If there are no specific measures in place, please so state.

**INTERROGATORY NO. 18:**

Please describe any logs, work and/or safety records kept by Dollar General, including but not limited to job hazard analysis, safety meeting reports, minutes of any safety meetings, fax reports, daily job logs, daily reports, memoranda, safety inspection checklists and daily maintenance logs. Please identify all persons presently in possession of any of these items.

**INTERROGATORY NO. 19:**

Please describe any and all safety procedures in place at the time of the petitioner's fall for finding and/or discovering dangerous and/or hazardous conditions in and around the store's premises and warning patrons and employees of the same. If no safety procedures were in place, please so state.

**INTERROGATORY NO. 20:**

Please identify each and every witness that you may call at trial, whether fact or expert. Please include with the identification a brief summary of the substance of the testimony of each witness.

**INTERROGATORY NO. 21:**

Regarding personal injury claims, please give the names, addresses and last known contact information of all persons who have been injured on the Walmart premises at or near the location where the petitioner was injured or in a manner similar in nature (slipping on liquid or other substance located on the sidewalks of the store) and who have made claims for personal injuries, including worker's compensation claims, for the last ten (10) years and state the

disposition of each claim.  If a particular claimant was/is represented by an attorney, please provide the name and address of said attorney.

**INTERROGATORY NO. 22:**

Did you or any agent or employee of yours have any knowledge of the existence of any defects or defective conditions on the pedestrian sidewalk fronting the Garden Center of Walmart store in question?  If the answer to this Interrogatory is in the affirmative, please state:

a) When you or any agent or employee of yours first learned of the existence of each such defective condition, giving the date and time;

b) How you or any agent or employee of yours learned of the existence of each such defect or defective condition;  and

c) What action or actions, if any, did you (or your agents or employees) take to remove, repair or correct each such defect or defective condition so as to safeguard individuals visiting the premises in question?

Respectfully submitted,

/s/*Matthew R. Fransen*
**Matthew R. Fransen (Bar #26286)**
**A. Remy Fransen, Jr., Bar (Bar #5827)**
**FRANSEN & HARDIN**
814 Howard Avenue
New Orleans, LA 70113
(504) 522-1188

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Interrogatories using the CM/ECF system and a copy served on all parties via e-mail on the 12th day of August, 2014, or via electronic service via the court's electronic filing system.

BY: /s /Matthew R. Fransen