# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLES "WES" DRURY** | * | **CIVIL ACTION NO. 14-01655** |
| **Plaintiff** | * | **SECTION "A"** |
| **Versus** | * | **JUDGE JAY C. ZAINEY** |
| **WALMART STORES, INC.** | * | |
| | * | **MAG. JUDGE SALLY SHUSHAN** |
| **Defendant** | * | |

*************************************************************************

## SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes the plaintiff, Charles "Wes" Drury, who repleads all allegations contained within his original Complaint and supplements and amends as follows:

1.

Defendant, **WALMART LOUISIANA, LLC**. is a foreign corporation domiciled in the state of Delaware and doing business in the State of Louisiana, all within the jurisdiction of this Court.

**WHEREFORE** the plaintiff, Charles "Wes" Drury, reavers all allegations pleaded in his original Complaint and prays for judgment as originally prayed for and against the newly added defendant, together with all costs, interest, expert fees and for all general and equitable relief.

Respectfully submitted,


/s/*Matthew R. Fransen*
**Matthew R. Fransen (Bar #26286)**
**A. Remy Fransen, Jr., Bar (Bar #5827)**
**FRANSEN & HARDIN**
814 Howard Avenue
New Orleans, LA 70113
(504) 522-1188

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Supplemental and Amending Complaint was filed via email to all counsel of record on the 20th day of October, 2014.

BY: /s /Matthew R. Fransen

2