## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLES "WES" DRURY | * | CIVIL ACTION 14-01655 |
|     Plaintiff | * | |
| | * | SECTION "A" |
| VERSUS | * | |
| | * | JUDGE Jay Zainey |
| | * | |
| WAL-MART STORES, INC. | * | MAGISTRATE Shushan |
|     Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER TO ORIGINAL AND SUPPLEMENTAL AND AMENDING COMPLAINT FILED ON BEHALF OF WAL-MART LOUISIANA, LLC

**NOW INTO COURT,** through undersigned counsel, comes defendant, **Wal-Mart Louisiana, LLC.** and for Answer to the Original and Supplemental and Amending Complaint of plaintiff, Charles "Wes" Drury, with respect represents:

### FIRST DEFENSE

The Petition for Damages fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The allegation of paragraph 1 of the plaintiff's Complaint as supplemented and amended are denied.

**2.**

The allegations of paragraph 2 of the plaintiff's Complaint as supplemented and amended are denied for lack of sufficient information to justify a belief therein.

**3.**

The allegations of paragraph 3 of the plaintiff's Complaint as supplemented and amended are denied for lack of sufficient information to justify a belief therein.

4.

The allegations of paragraph 4 of the plaintiff's Complaint as supplemented and amended are denied for lack of sufficient information to justify a belief therein.

**5.**

The allegations of paragraph 5 of the plaintiff's Complaint as supplemented and amended are denied for lack of sufficient information to justify a belief therein.

6.

The allegations of paragraph 6 of the plaintiff's Complaint as supplemented and amended are denied.

7.

The allegations of paragraph 7 of the plaintiff's Complaint as supplemented and amended are denied for lack of sufficient information to justify a belief therein.

8.

The allegations of paragraph 8 of the plaintiff's Complaint as supplemented and amended are denied.

9.

The allegations of paragraph 9 of the plaintiff's Complaint as supplemented and amended are denied.

10.

The allegations of paragraph 10 of the plaintiff's Complaint as supplemented and amended are denied.

11.

The allegations of paragraph 11 of the plaintiff's Complaint as supplemented and amended are denied.

12.

The allegations of paragraph 12 of the plaintiff's Complaint as supplemented and amended are denied.

13.

The allegations of paragraph 13 of the plaintiff's Complaint as supplemented and amended are denied for lack of sufficient information to justify a belief therein.

14.

The allegations of paragraph 14 of the plaintiff's Complaint as supplemented and amended are denied.

15.

The allegations of paragraph 15 of the plaintiff's Complaint as supplemented and amended are denied for lack of sufficient information to justify a belief therein.

16.

The allegations of paragraph 16 of the plaintiff's Complaint as supplemented and amended are denied.

17.

Defendant desires and is entitled to a trial by jury on all issues herein.

**AND NOW, FURTHER ANSWERING:**

**THIRD DEFENSE**

The cause in fact of the incident complained of were the negligent acts of Charles Drury whose acts of negligence are included but are not limited to the performance of the following:

    a.    Failing to see that which he should have seen;
    b.    Failing to act with due care under the circumstances;
    c.    Acting carelessly and recklessly under the circumstances; **and**
    d.    Any and all other acts of negligence which may be proven at the trial of this matter.

**FOURTH DEFENSE**

**IN THE ALTERNATIVE**, and only in the event that any negligence be proven on the part of this defendant, which negligence is strictly denied, defendant affirmatively alleges the contributory and/or comparative negligence and/or fault of plaintiff, **Charles Drury** whose acts of negligence have been set out in the immediately preceding paragraph and are adopted herein as if copied <u>in</u> <u>extenso</u>. Said acts of negligence should operate as a complete bar or in diminution of plaintiff's recovery.

**FIFTH DEFENSE**

**IN THE ALTERNATIVE**, defendant avers that he has recovered from any injuries allegedly sustained by him.

## SIXTH DEFENSE

**IN THE ALTERNATIVE**, defendant avers that the alleged injuries were caused by persons or parties over whom this defendant exercises no authority, jurisdiction, control or supervision.

## SEVENTH DEFENSE

Defendant affirmatively alleges that petitioner failed to mitigate his damages.

**WHEREFORE**, defendant, Wal-Mart Louisiana, LLC**,** prays that its answer be deemed good and sufficient and, after due proceedings had, there be judgment herein in favor of this defendant and against the plaintiff, dismissing plaintiff's demands with prejudice, at his cost, and for such other relief as the nature of the case may permit.

                    Respectfully submitted

                    _____s/ROY C. BEARD_____
                    ROY C. BEARD (17461) (rcb@mcslaw.com)
                    McCRANIE, SISTRUNK, ANZELMO, HARDY
                     McDANIEL & WELCH
                    909 Poydras Street, Suite 1000
                    New Orleans, Louisiana 70112
                    Telephone: (504) 831-0946
                    ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on __24th__ day of October, 2014 a copy of the above and foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF System. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                    _____s/ROY C. BEARD_____
                    ROY C. BEARD              (17461)